NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1146

BORGWARNER, INC.,

Plaintiff-Appellee,

v.

DORMAN PRODUCTS, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Michigan in case no. 09-CV-11602, Senior Judge John Corbett O'Meara.

ON MOTION

ORDER

Dorman Products, Inc. moves to "remove this motion from abeyance and issue an order."

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

APR 1 5 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven W. Hays, Esq.
Anthony S. Volpe, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 5 2010

JAN HORBALY
CLERK